*E-Filed 5/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN A. SCHWARTZMILLER, et al., | No. C 13-1582 RS (PR) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

Plaintiffs seek to intervene in *Plata v. Brown*, 01-1351-TEH. Filing this action is not the appropriate way to achieve that goal. Rather, plaintiffs must file with Judge Thelton Henderson a motion to intervene in that action. Accordingly, this action is DISMISSED. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: May 7, 2013

_____
RICHARD SEEBORG
United States District Judge