*E-Filed 5/28/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN A. SCHWARTZMILLER, et al., | No. C 13-1582 RS (PR) |
| Plaintiffs, | **ORDER REOPENING ACTION;** |
| v. | **ORDER OF TRANSFER** |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

Plaintiff's motion to alter the judgment (Docket No. 8), which the Court construes as a motion to reopen the action, is GRANTED. The judgment (Docket No. 7), and the order of dismissal (Docket No. 6), are VACATED.

Plaintiffs, whose claims arise from events in the County of San Diego, first sought to intervene in *Plata v. Brown*, 01-1351-TEH. Now they wish to initiate a new class action. Pursuant to 28 U.S.C. § 1406(a), this federal civil rights action is hereby TRANSFERRED to the Southern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b) and 1391(b). The Clerk shall transfer this action forthwith. The Clerk shall terminate Docket No. 8.

**IT IS SO ORDERED**.

DATED: May 28, 2013

RICHARD SEEBORG
United States District Judge